E-FILED
Friday, 29 October, 2004  02:21:33 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE: ASBESTOS PRODUCTS<br>LIABILITY LITIGATION (No. VI) |  |
| THIS DOCUMENT RELATES TO:<br><br>Law Firm of Cascino Vaughan Law Office, Ltd.<br><br>UNITED STATES DISTRICT COURT FOR THE<br>CENTRAL DISTRICT OF ILLINOIS,<br>ROCK ISLAND DIVISION<br><br>Jonathon Skinner<br>Case No. 96-4023 | **CIVIL ACTION NO. MDL 875**<br><br>FILED<br>OCT 2 7 2004 |

## MOTION TO SUGGEST REMAND

NOW COMES Jonathon Skinner, by his attorney, Robert G. McCoy, and hereby moves this Honorable Court to suggest remand of his case to the U.S. District Court for the Central District of Illinois, Rock Island Division for trial and states:

1. Jonathon Skinner is a restrictive asbestotic. His case was originally filed on March 18, 1996.

2. Plaintiff has voluntarily dismissed most of the defendants from the case and others are in the process of settling, leaving, Garlock, Inc., Georgia-Pacific Corp., Metropolitan Life Insurance Co., Minnesota Mining and Manufacturing, Inc., and Westinghouse Electric Corp. as defendants.

WHEREFORE, Plaintiff prays this Honorable Court enter an order suggesting remand to the U.S. District Court for the Central District of Illinois, Rock Island Division.

Respectfully submitted,

By: _____
Robert G. McCoy
Attorney for Plaintiff

Date: __10/25/04__

Robert G. McCoy
Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Ave.
Chicago, IL 60607
(312) 944-0600
(312) 944-1870 (fax)
bmccoy@cvlo.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (No. VI)

THIS DOCUMENT RELATES TO:

Law Firm of Cascino Vaughan Law Office, Ltd.

UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS,
ROCK ISLAND DIVISION

Jonathon Skinner
Case No. 96-4023

CIVIL ACTION NO. MDL 875



FILED
OCT 2 7 2004

## NOTICE OF FILING MOTION FOR SUGGESTION OF REMAND

TAKE NOTICE that on October __25__, 2004 the Plaintiff, by and through his attorneys,

Cascino Vaughan Law Offices, Ltd., filed a Motion for Suggestion of Remand.

CASCINO VAUGHAN LAW OFFICES, LTD.

By: _____
Robert G. McCoy

Date: __10/25/04__

Robert G. McCoy
Cascino Vaughan Law Offices, Ltd.
220 S. Ashland Ave.
Chicago, IL 60607
(312) 944-0600
(312) 944-1870 (fax)
bmccoy@cvlo.com

## SERVICE LIST
Skinner v. AC&S, et al
4:96-cv-04023-CRW
Charles R. Weiner, presiding

**Attorneys for Plaintiff**
Robert McCoy
Michael Cascino
Cascino Vaughan Law Offices
220 S. Ashland Ave.
Chicago IL 60607
Phone: 312-944-0600
Fax: 312-944-1870
bmccoystaff@cvlo.com

**Attorneys for Garlock, Inc.**
Timothy L Krippner
William F Mahoney
Segal McCambridge Singer & Mahoney
One IBM Plaza, Ste 200
Chicago, IL 60611
Phone: (312) 645-7800
Fax: (312) 645-7711

**Attorneys for Georgia-Pacific Corporation**
Francis P Morrissey
Joseph J. O'Hara, Jr.
Schiff Hardin LLP
6600 Sears Tower
233 S. Wacker Dr.
Chicago, IL 60606
Phone: (312) 258-5500
Fax: (312) 258-5700

**Metropolitan Life Insurance Company**
Mark E Rakoczy
Deborah G Solmor
Skadden Arps Slate Meagher & Flom
333 W. Wacker Dr., Ste 2100
Chicago, IL 60606
Phone: (312) 407-0700
Fax: (312) 407-0411

**Attorneys for Minnesota Mining & Manufacturing, Inc.**
Jason L Kennedy
Timothy L Krippner
William F Mahoney
Edward J McCambridge
Jennifer A Seidler
Segal McCambridge Singer & Mahoney
One IBM Plaza, Ste 200
Chicago, IL 60611
Phone: (312) 645-7800
Fax: (312) 645-7711

**Attorneys for Westinghouse Electric Corp.**
Murray E Abowitz
Kayce L Gisinger
Abowitz Welch & Rhodes
15 N. Robinson
PO Box 1937
Oklahoma City, OK 73101
Phone: (409) 236-4645

Kurt E Reitz
Thompson Coburn
525 W. Main St.
PO Box 750
Belleville, IL 6222
Phone: (618) 277-4700
Fax: (618) 236-3434