IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (No. VI)

THIS DOCUMENT RELATES TO:

Law Firm of Cascino Vaughan Law Office, Ltd.

UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS,
ROCK ISLAND DIVISION

ILC 4

Jonathon Skinner
Case No. 96-4023

CIVIL ACTION NO. MDL 875

ORDER
~~SUGGESTION OF REMAND~~

THIS MATTER being reviewed this date upon Plaintiff's Motion to Remand to the United States District Court for the Central District of Illinois, Rock Island Division, Court having reviewed this case ~~and now believing that such motion is appropr~~iate.

The COURT suggests that ~~the within entitled matter should be REMANDED to the United States District Court for the Central District of Illinois, Rock Island Division for such further action as may be deemed proper by that Court.~~  DENIED w/o prejudice.

BY THE COURT:

_Charles R. W._

Date: 11/2/2004

Honorable Judge Charles J. Weiner